# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**MATTHEW TRENARY,**

   **Plaintiff,**

**v.**                                            **Case No.  8:05-cv-1630-T-30EAJ**

**BUSCH ENTERTAINMENT
CORPORATION,**

   **Defendant.**

_____/

# ORDER

THIS CAUSE comes before the Court upon Defendant Busch Entertainment Corporation's Motion for Injunction to Prevent Plaintiff from Pursuing Action in State Court and to Prevent Further Exercise of Jurisdiction by State Court (Dkt. # 6) and Memorandum of Law in Support of Defendant Busch Entertainment Corporation's Motion for Injunction to Prevent Plaintiff from Pursuing Action in State Court and to Prevent Further Exercise of Jurisdiction by State Court (Dkt. # 7).[1]  The Court, having considered the motion and being otherwise fully advised, finds that the motion should be granted in part and denied in part

Defendant removed this action from state court on September 1, 2005.  Subsequent to the removal, Plaintiff filed a Motion for Default against Defendant in state court on September 23, 2005.  Defendant now seeks an order enjoining Plaintiff from taking any further action in state court.

---

[1] Plaintiff failed to respond to Defendant's motion or to this Court's October 27, 2005, Order to Show Cause.

Once a case is removed to federal court, "the jurisdiction of the state court absolutely ceases." <u>Maseda v. Honda Motor Co., Ltd.</u>, 861 F.2d 1248, 1254 (11th Cir. 1988).  Federal district courts have the power to enjoin proceedings in a state case that has been removed to federal court. <u>Id</u>. at 1255; <u>see</u> <u>also</u> <u>Peterson v. BMI Refractories</u>, 124 F.3d 1386, 1395 (11th Cir. 1997).

It is therefore ORDERED AND ADJUDGED that:

1.      Defendant Busch Entertainment Corporation's Motion for Injunction to Prevent Plaintiff from Pursuing Action in State Court and to Prevent Further Exercise of Jurisdiction by State Court (Dkt. # 6) is GRANTED IN PART AND DENIED IN PART.

2.      Plaintiff Matthew Trenary and his counsel, D. Marc Warner, Esquire, and the law firm of Fisher, Butts, Sechrest & Warner, P.A., are hereby enjoined from taking any further action in the case styled <u>Matthew Trenary v. Busch Entertainment Corporation</u>, case number 05-5336, currently pending in Division J of the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida.

**DONE** and **ORDERED** in Tampa, Florida on December 14, 2005.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2005\05-cv-1630.mot enjoin state court.wpd