**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**MATTHEW TRENARY,**

    Plaintiff,

v.                                       **Case No. 8:05-CV-1630-T-30EAJ**

**BUSCH ENTERTAINMENT**
**CORPORATION**, a foreign corporation,

    Defendant.
_____/

**ORDER**

Before the court is Defendant's **Motion for Reconsideration or Clarification of Order Granting Agreed Motion for Extension of Time** (Dkt. 34), filed on July 12, 2006.[1] Plaintiff has not filed a response as of the date of this order and the period for responding has elapsed. See Local Rule 3.01(b), M.D. Fla.

On June 26, 2006, Plaintiff filed an Agreed Motion for Extension of Expert Disclosure Cut-Off. In the motion, Plaintiff represented that Defendant agreed to an extension of Plaintiff's deadline for expert disclosures through August 28, 2006, provided that Defendant's expert disclosure deadline was extended to August 3, 2006. (Dkt. 27 at 1). The undersigned granted the motion on July 3, 2006. (Dkt. 28).

In the instant motion, Defendant states that the terms presented to the court in the Agreed

---

[1] Also before the court is Defendant's **Unopposed Motion for Extension of Time to File Expert Disclosures** (Dkt. 35), which was filed on August 1, 2006 as an alternative to Defendant's Motion for Reconsideration or Clarification. As the court addresses the previously-filed motion for reconsideration or clarification herein, Defendant's Unopposed Motion for Extension of Time to File Expert Disclosures is denied as moot.

Motion were incorrect due to a miscommunication or misunderstanding between counsel. Defendant maintains that it agreed to Plaintiff's proposed extension of its expert disclosure deadline on the condition that Defendant receive the same number of days extension. (Dkt. 34 at 1). Defendant proposes that its expert disclosure date be extended through September 18, 2006 to preserve the interval of disclosures stated in the original Case Management Order.[2]  As noted above, Plaintiff has not objected to the relief sought.

Upon consideration, it is **ORDERED** and **ADJUDGED**:

(1) Defendant's **Motion for Reconsideration or Clarification of Order Granting Agreed Motion for Extension of Time** (Dkt. 34) **GRANTED IN PART** as to Defendant's expert disclosure deadline, which is extended through September 18, 2006.  The motion is **DENIED IN PART** as to all other relief requested.  All other deadlines remain in effect.

(2) Defendant's **Unopposed Motion for Extension of Time to File Expert Disclosures** (Dkt. 35) is **DENIED AS MOOT**.

**DONE AND ORDERED** in Tampa, Florida on this 2nd day of August, 2006.

ELIZABETH A JENKINS
United States Magistrate Judge

---

[2] Defendant argues in the alternative that if Defendant's expert disclosure deadline remains August 3, 2006, Plaintiff's disclosure deadline be rescheduled for July 13, 2006.  Due to the timing of the motion and response period, this option is not a possibility.